# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Noah Jacob McQueen, | No. CV-24-01950-PHX-SMM (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Defendants. | |

This matter was referred to Magistrate Judge Deborah M. Fine. (Doc. 4). On July 1, 2026, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 38). To date, no objections have been filed. The Magistrate Judge recommends that Defendant Q and Count Two be dismissed without prejudice for Plaintiff's failure to timely serve Defendant Q and failure to prosecute as to Defendant Q. (Id.)

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to

object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, Plaintiff has failed to adequately prosecute his claim in Count Two against Defendant Q despite repeated extensions of time to complete and return the service packets.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 38).

**IT IS FURTHER ORDERED dismissing** Defendant Q and Count Two in Plaintiff's Complaint **without prejudice**. (Doc. 1).

Dated this 27th day of July, 2026.

_____
Stephen M. McNamee
Senior United States District Judge