**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Noah Jacob McQueen,

Plaintiff,

v.

Ryan Thornell, et al.,

Defendants.

No. CV-24-01950-PHX-SMM (DMF)

**ORDER**

This matter was referred to Magistrate Judge Deborah M. Fine. (Doc. 4). On August 25, 2026, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 42). To date, no objections have been filed. The Magistrate Judge recommends that Defendant Cervantes and Count One be dismissed without prejudice for Plaintiff's failure to timely substitute Isaac Cervantes as the proper defendant and failure to prosecute as to Count One. (Id.)

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, Plaintiff has failed to adequately prosecute his claim in Count One against Defendant Cervantes despite the Court's July 17 Order directing Plaintiff to substitute Isaac Cervantes as the proper defendant to be served in this action.

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 42).

**IT IS FURTHER ORDERED dismissing** Defendant Cervantes and Count One in Plaintiff's Complaint **without prejudice**. (Doc. 1).

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this matter.

Dated this 14th day of September, 2026.

Stephen M. McNamee
Senior United States District Judge